# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | MDL No. |

## PLAINTIFF SAMPAYAN'S MOTION TO TRANSFER RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS

Plaintiff Rena Sampayan respectfully moves, pursuant to 28 U.S.C. § 1407, for an order transferring and centralizing all currently filed related actions that allege tire manufacturers conspired to artificially increase and fix the prices of new replacement tires for passenger cars, vans, trucks and buses sold in the United States in violation of federal and state antitrust laws, to the Hon. Edgardo Ramos of the Southern District of New York, or another judge in the district. In support of her motion, Plaintiff states:

1. To date, fourteen class action complaints have been filed regarding the alleged conspiracy to fix the price of replacement tires in the United States. As set forth in the accompanying Schedule of Related Actions, eleven actions are pending in the Southern District of New York before the Hon. Edgardo Ramos, two actions are pending in the District of South Carolina before the Hon. Jacquelyn D. Austin, and one action is pending in the Northern District of Ohio before the Hon. Sara Loi ("Related Actions").

2. Transfer and centralization of the Related Actions will further the goals of 28 U.S.C. § 1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

3. The Related Actions are all in a similar procedural posture: all are still in their early stages, no responsive pleadings or dispositive motions have been filed, and no discovery has been conducted. Centralization will therefore allow a single judge to efficiently resolve common legal and factual issues and streamline discovery.

4. The gravity of this litigation is in the Southern District of New York, as eleven of the fourteen Related Actions have been filed there. Further, given the global scope of the alleged conspiracy and the fact that there are multiple defendants and likely witnesses based in Europe, New York City represents a convenient location for the parties and witnesses. Transfer to the Southern District of New York and the Hon. Edgardo Ramos, or any of the other judges in the district, would allow the Panel to assign the actions to a district with substantial resources and experience managing complex multidistrict litigation.

5. This Motion is based on the accompanying Memorandum of Law and Schedule of Related Actions that have been filed concurrently with this motion.

WHEREFORE, Plaintiff respectfully requests that the Panel order that the Related Actions, as well as any case that may be subsequently filed asserting related or similar claims, be transferred to the Hon. Edgardo Ramos of the Southern District of New York, or another judge in the district, for consolidated or coordinated pretrial proceedings.

Dated: February 27, 2024                    Respectfully submitted,

                                            By: /s/ *Dena C. Sharp*

                                            Dena C. Sharp
                                            Adam E. Polk
                                            Kyle P. Quackenbush
                                            **GIRARD SHARP LLP**
                                            601 California Street, Suite 1400
                                            San Francisco, CA 94108

Tel:  415-981-4800
Fax: 415-981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

*Counsel for Movant and Plaintiff Sampayan*