# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | MDL No. |
|---|---|

## SCHEDULE OF RELATED ACTIONS

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| A | **Plaintiff:** Rena Sampayan<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc.; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-00881 | Edgardo Ramos | Direct |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| B | **Plaintiffs:** Daniel Purcell; Luke Cuddy; and Elizabeth Twitchell<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-00938 | Edgardo Ramos | Indirect |
| C | **Plaintiff:** Catip Islami<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements Michelin SCA; Compagnie Financière Michelin SA; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-00967 | Edgardo Ramos | Direct |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| D | **Plaintiff:** Wilkerson Farms ET, LLC<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale Des Établissements; Michelin North America, Inc.; Nokian Tyres Plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.P.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-00970 | Edgardo Ramos | Indirect |
| E | **Plaintiff:** James Alford<br><br>**Defendants:** Bridgestone Corporation; Bridgestone Americas, Inc.; Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements Michelin SCA; Compagnie Financière Michelin SA; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; and Does 1-100 | S.D.N.Y. | 1:24-cv-01038 | Edgardo Ramos | Direct |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| F | **Plaintiff:** Michele Edwards<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-01092 | Edgardo Ramos | Direct |
| G | **Plaintiff:** Marco A. Torres<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-01124 | Edgardo Ramos | Direct |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| H | **Plaintiff:** Frank Novak<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-01202 | Edgardo Ramos | Indirect |
| I | **Plaintiffs:** Susan Davidov and Robert Furst<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-01367 | Edgardo Ramos | Direct |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| J | **Plaintiff:** Gustave Link<br><br>**Defendants:** Continental AG; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | D.S.C. | 6:24-cv-00913 | Jacquelyn D. Austin | Indirect |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| K | **Plaintiffs:** Michael Curran and Timothy Borland<br><br>**Defendants:** The Goodyear Tire & Rubber Company; Compagnie Générale des Établissements Michelin SCA; Michelin North America Inc.; Bridgestone Corporation; Bridgestone Americas, Inc.; Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Nokian Tyres plc; Nokian Tyres North America, Inc.; Nokian Tyres Inc.; Nokian Tyres U.S. Operation LLC; Pirelli & C. S.p.A; Pirelli Tire LLC; Hankook Tire & Technology Co., Ltd.; Hankook Tire America Corp.; Yokohama Rubber Co., Ltd.; Yokohama Tire Corporation; Toyo Tire Corporation; Toyo Tire U.S.A. Corp.; Kumho Tire Co.; Kumho Tire U.S.A.; Sumitomo Rubber Industries, Ltd.; Sumitomo Rubber North America, Inc.; GITI Tire Global Trading Pte. Ltd.; and Giti Tire (USA) Ltd. | S.D.N.Y. | 1:24-cv-01419 | N.A. | Direct |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| L | **Plaintiff:** James Valenzano<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements Michelin SCA; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | D.S.C. | 6:24-cv-00948 | Jacquelyn D. Austin | Indirect |
| M | **Plaintiff:** Michael Spadafino<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | S.D.N.Y. | 1:24-cv-01452 | N.A. | Indirect |

| Ex. | Case Caption | Court | Case No. | Judge | |
|---|---|---|---|---|---|
| N | **Plaintiff:** John (Jack) Bengel<br><br>**Defendants:** Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements Michelin; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; Bridgestone Americas, Inc.; and Does 1-100 | N.D.Ohio | 5:24-cv-00363 | Sara Lioi | Direct |