**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Passenger Vehicle Replacement Tires Antitrust Litigation | MDL No. 3107 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff James Valenzano in *Valenzano v. Continental Aktiengesellschaft et al.*, No. 6:24-cv-00948 (D.S.C.), writes to notify the Panel of the potential "tag-along action" listed on the attached Schedule of Action, in which the undersigned counsel also appears. Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings.

A docket sheet and complaint are attached as Exhibit A.

Dated: March 7, 2024

Respectfully submitted,

/s/ Edward M. Grauman

Edward M. Grauman
**BATHAEE DUNNE LLP**
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
egrauman@bathaeedunne.com
Tel.: (512) 575-8848

*Counsel for Plaintiff James Valenzano*