BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: Passenger Vehicle Replacement Tires Antitrust Litigation | MDL No. 3107 |
|---|---|

## SCHEDULE OF ACTION

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Natalie Gianne and Karen Larson<br><br>**Defendants:**<br>Continental Aktiengesellschaft; Continental Tire the Americas, LLC; Compagnie Générale des Établissements Michelin SCA; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; and Bridgestone Americas, Inc | N.D. Ohio (Eastern Division) | 5:24-cv-00431 | Judge Charles Esque Fleming |