# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**MDL No. 3107**

IN RE: Passenger Vehicle Replacement
Tires Antitrust Litigation

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Nancy Stephan<br><br>**Defendants:**<br>Continental Aktiengesellschaft; Continental Tire The Americas, LLC; Compagnie Générale des Établissements Michelin; Michelin North America, Inc.; Nokian Tyres plc; Nokian Tyres Inc.; Nokian Tyres U.S. Operations LLC; The Goodyear Tire & Rubber Company; Pirelli & C. S.p.A.; Pirelli Tire LLC; Bridgestone Corporation; and Bridgestone Americas, Inc. | N.D. Ohio | 5:24-cv-00408 | Judge James S. Gwin |