# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3107  & Title - **IN RE:** Passenger Vehicle Replacement Tires Antitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED** (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)
Defendant The Goodyear Tire & Rubber Company

**SHORT CASE CAPTION(s)** (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.
Please See Attached Schedule

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 3/12/24 | /s/ Kate Patchen |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Kate Patchen
415 Mission Street, Suite 5400
San Francisco, CA 94105

Telephone No.: 415-591-6031     Fax No.:

Email Address: KPatchen@cov.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Passenger Vehicle Replacement Tires Antitrust Litigation

MDL No. 3107

## NOTICE OF APPEARANCE
## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No | Judge |
|----|------------|------------|----------|-----------------|-------|
| 1. | Rena Sampayan | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-00881 | Judge Edgardo Ramos |
| 2. | Daniel Purcell, Luke Cuddy, and Elizabeth Twitchell | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-00938 | Judge Edgardo Ramos |
| 3. | Catip Islami | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-00967 | Judge Edgardo Ramos |
| 4. | Wilkerson Farms ET, LLC | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-00970 | Judge Edgardo Ramos |
| 5. | Michelle Edwards | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-01092 | Judge Edgardo Ramos |
| 6. | James Alford | Bridgestone Corporation et al. | S.D. New York | 1:24-cv-01038 | Judge Edgardo Ramos |
| 7. | Marco A. Torres | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-01124 | Judge Edgardo Ramos |
| 8  | Frank Novak | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-01202 | Judge Edgardo Ramos |

|    | Plaintiffs | Defendants | District | Civil Action No | Judge |
|----|------------|------------|----------|-----------------|-------|
| 9  | Susan Davidov and Robert Furst | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-01367 | Judge Edgardo Ramos |
| 10 | Michael Curran and Timothy Borland | The Goodyear Tire & Rubber Company et al. | S.D. New York | 1:24-cv-01419 | Judge Edgardo Ramos |
| 11 | Michael Spadafino | Continental Aktiengesellschaft et al. | S.D. New York | 1:24-cv-01452 | Judge Edgardo Ramos |
| 12 | Gustave Link | Continental Aktiengesellschaft et al. | D. South Carolina | 6:24-cv-00913 | Judge Jacquelyn Austin |
| 13 | James Valenzano | Continental Aktiengesellschaft et al. | D. South Carolina | 6:24-cv-00948 | Judge Jacquelyn Austin |
| 14 | John Bengel | Continental Aktiengesellschaft et al. | N.D. Ohio | 5:24-cv-00363 | Judge Sara Lioi |
| 15 | Nancy Stephan | Continental Aktiengesellschaft et al. | N.D. Ohio | 5:24-cv-00408 | Judge James Gwin |
| 16 | Natalie Gianne and Karen Larson | Continental Aktiengesellschaft et al. | N.D. Ohio | 5:2024-cv-00431 | Judge Charles Esque Fleming |