**BEFORE**
**THE  UNITED  STATES  JUDICIAL  PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | **MDL NO.  3107** |

**PLAINTIFFS DANIEL PURCELL, LUKE CUDDY, ELIZABETH TWITCHELL, FRANK NOVAK AND INTERESTED PARTIES LAURA AMMONS, BRANDON DERRICK, LETIA DICKERSON, JEFFREY HOLT, JERRY MERKEL, AND LYNN SEDA'S RESPONSE IN PARTIAL SUPPORT OF THE MOTION TO TRANSFER**

Plaintiffs Daniel Purcell, Luke Cuddy, Elizabeth Twitchell, Frank Novak, and Interested Parties Laura Ammons, Brandon Derrick, Letia Dickerson, Jeffrey Holt, Jerry Merkel, and Lynn Seda, the Plaintiffs in  *Purcell et al. v. Continental Aktiengesellschaft et* al., Case No. 1:24-cv-938, S.D.N.Y. (the "*Purcell* Action"); *Novak v. Continental Aktiengesellschaft et* al., Case No. 1:24-cv-1202, S.D.N.Y. (the "*Novak* Action"); and tag-along action *Ammons et al. v. Continental Aktiengesellschaft et* al., Case No. 1:24-cv-1513, S.D.N.Y. (the "*Ammons* Action") (collectively, the "Purcell Plaintiffs"), pursuant to 28 U.S.C. § 1407 and Panel Rule 6.1(d) and through their undersigned counsel, hereby submit this Response in Support to the Motion to Transfer (ECF No. 1).  The Purcell Plaintiffs support coordination and consolidation of the Relevant Actions.  The Purcell Plaintiffs respectfully submit that the Northern District of Ohio is the best-suited venue for the transfer and that the Honorable Sara Lioi is well-suited to handle this MDL.  In the alternative, the Purcell Plaintiffs do not oppose the Southern District of New York.

**BACKGROUND**

The *Purcell* Action was filed on February 8, 2024.  The *Novak* Action was filed on February 16, 2024.  The *Ammons* Action was filed on February 28, 2024.  On February 27, 2024, Plaintiff Rena Sampayan filed a Motion to Transfer Related Actions before this Panel.  *See* ECF No. 1. As of this writing, there are nineteen (19) transferee cases or related actions before the Panel.  Each of the actions

before the Panel alleges that the plaintiffs in question purchased tires (either directly or indirectly) from one or more of the Defendants for their passenger vehicles and, in doing so, were harmed when Defendants participated in an illegal scheme to raise the price of passenger tires.

## ARGUMENT

The Purcell Plaintiffs' Action, like the action in the Motion to Transfer, stems from a series of dawn raids of Defendants' companies within the European Union.  With nineteen actions pending in this MDL across four jurisdictions, there is no clear center of gravity in this MDL.  While twelve of the nineteen cases filed (including the Purcell Plaintiffs' Actions) are filed in the Southern District of New York, there are also actions pending in the Eastern District of Michigan (1), the District of South Carolina (2), and the Northern District of Ohio (4).

These cases have all been filed in a short period of time (the first-filed case was filed on February 7, 2024), and many of the Defendants – especially the international Defendants – have yet to appear. None have reached the pleading stage yet.

The Purcell Plaintiffs submit that the Northern District of Ohio is the best-suited location for consolidation and centralization.  Akron, Ohio has traditionally been known as the "Rubber Capital of the World" and while the Defendants are spread now throughout the country and the United States, many still maintain important contacts with the Northern District of Ohio.

Defendant Goodyear Tire and Rubber Company is headquartered in the District, and important witnesses and documents are likely to be found there.  Similarly, Defendant Continental Tire the Americas LLC has a major sales and marketing facility in the District, which it describes as the "operational hub for business in the region and oversees all product lines."[1]  Further, Defendant Continental Tires the Americas LLC is an Ohio corporation.

---

[1] https://www.continental.com/en-us/career/our-locations/fairlawn/, last accessed March 20, 2024.

Defendant Bridgestone Americas, Inc. maintains not one, but two research and testing facilities for tires in Akron as well as the consumer sales division for the United States and Canada in neighboring Novi, Michigan.[2]   Defendant Michelin North America, Inc., while no longer directly present in the District, maintains its B.F. Goodrich production facility in neighboring Woodburn, Indiana.[3]   Similarly, Defendant Pirelli Tire LLC has a sales and engineering office in the neighboring district in Detroit.[4]

Such a locus has routinely been found by this Panel to be a more than sufficient basis for consolidation and/or centralization.  *See, e.g.*, *In re Chocolate Confectionary Antitrust Litigation*, 542 F.Supp.2d 1376, 1377 (J.P.M.L. 2008) ("Because defendant Hershey's worldwide headquarters are located there, and several of the defendants maintain a presence in or near that district, relevant documents and witnesses are likely located in that area.")  *See also In re Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation*, 600 F.Supp.3d 1343, 1344 (J.P.M.L. 2022) ("Thus, common witnesses and other evidence likely will be located in or near this district.")

While Cleveland in undeniably not the international airline hub that New York City is, Cleveland is readily accessible from all parts of the United States, and its air and hotel facilities are robust.  Further, counsel for the international defendants are likely to be represented by the same counsel as their American subsidiaries, and to that end, Cleveland is centrally located.

Lastly, the Northern District of Ohio has only four MDLs currently pending, and to the best of the Purcell Plaintiffs' knowledge, the Honorable Sara Lioi has never presided over an MDL.  The Northern District of Ohio's average case disposition time is a robust 9.1 months (compared with 9.3 for the District

---

[2] https://www.bridgestoneamericas.com/en/contact-us/locations/administrative-offices and https://www.bridgestoneamericas.com/en/contact-us/locations/research-innovation#, last accessed March 20, 2024.
[3] https://www.fenderbender.com/running-a-shop/finance/article/33032928/michelin-investing-50-million-in-indiana-bfgoodrich-tire-plant, last accessed March 20, 2024.
[4] https://www.tirebusiness.com/article/20010315/NEWS/303159994/pirelli-opens-oe-sales-office-in-detroit, last accessed March 20, 2024.

of South Carolina and 10.1 for the Southern District of New York)[5], and sees far fewer cases filed each year than either the Southern District of New York of the District of South Carolina.

## **CONCLUSION**

For all the foregoing reasons, the Purcell Plaintiffs respectfully request that the Panel grant the Motion to Transfer and consolidate and transfer all transferee cases and related actions to the Northern District of Ohio.  Plaintiffs submit that the Honorable Sara Lioi would be an excellent jurist to oversee the consolidated and centralized litigation.  In the alternative, the Purcell Plaintiffs view the Southern District of New York as an acceptable alternative.

Dated: March 20, 2024                    Respectfully submitted,

By: _____ */s/ Carl V. Malmstrom*_____

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, Illinois 60604
Tel.: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Counsel for the Purcell Plaintiffs*

---

[5] *See* https://www.uscourts.gov/statistics/table/c-5/federal-judicial-caseload-statistics/2023/03/31, last accessed March 20, 2024.