BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: Passenger Vehicle Replacement Tires Antitrust Litigation | MDL NO. 3107 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel certifies that copies of the foregoing Notice of Appearance were served on all parties in the following cases electronically via ECF, or as indicated below, on March 20, 2024.

1. Sampayan v. Continental Aktiengesellschaft et al., No. 1:24-cv-00881 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Dena C. Sharp
Adam E. Polk
Kyle P. Quackenbush
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

Gregory B. Linkh
Lee Albert
Brian Brooks
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com
lalbert@glancylaw.com

bbrooks@glancylaw.com

    2. Islami v. Continental Aktiengesellschaft et al., No. 1:24-cv-00967 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Kellie Lerner (KL 0927)
Ellen Jalkut (EJ 2800)
Jordan Finkel
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
klerner@robinskaplan.com
ejalkut@robinskaplan.com
jfinkel@robinskaplan.com

Shpetim Ademi
ADEMI LLP
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Telephone: (414) 482-8000

    3. Wilkerson Farms ET, LLC v. Continental Aktiengesellschaft et al., No. 1:24-cv-00970 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Christian Hudson
Alec Blaine Finley, Jr.
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
bfinley@cuneolaw.com
christian@cuneolaw.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100

West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

Jon A. Tostrud
Anthony Carter
TOSTRUD LAW GROUP, P.C.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

    4.   Alford v. Bridgestone Corporation et al., No. 1:24-cv-01038 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-9500
mreese@reesellp.com

Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Shpetim Ademi
ADEMI LLP
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
sademi@admilaw.com

    5.   Edwards v. Continental Aktiengesellschaft et al., No. 1:24-cv-01092-ER (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Michelle C. Clerkin
Jason C. Spiro
David B. Harrison
Shomik Ghosh
SPIRO HARRISON & NELSON
40 Exchange Place, Suite 1404
New York, NY 10005
Telephone: (646) 880-8850
Facsimile: (973) 232-0887
mclerkin@shnlegal.com
jspiro@shnlegal.com
dharrison@shnlegal.com
sghosh@shnlegal.com

Rachel Dapeer
DAPEER LAW, P.A.
20900 NE 30th Avenue, #417
Aventura, FL 33180
Telephone: (954) 799-5914

rachel@dapeer.com

    6.   Torres v. Continental Aktiengesellschaft et al., No. 1:24-cv-01124 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Adam J. Pessin
Roberta D. Liebenberg
Jeffrey S. Istvan
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
apessin@finekaplan.com

Jeffrey B. Gittleman
Meghan J. Talbot
Zachary A. Pogust
POGUST GOODHEAD, LLC
161 Washington Street, Suite 250

4

Conshohocken, PA 19428
Telephone: (610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

    7. Davidov et al. v. Continental Aktiengesellschaft et al., No. 1:24-cv-01367 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

John Radice (JR9033)
April D. Lambert
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com

    8. Link v. Continental Aktiengesellschaft et al., No. 6:24-cv-00913 (D.S.C.)

**Via ECF**

Plaintiff's Counsel:

James L. Ward, Jr. (Fed. ID 6956)
MCGOWAN, HOOD, FELDER &
PHILLIPS, LLC
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464

Telephone: (843) 388-7202
Facsimile: (843) 388-3194
jward@mcgowanhood.com

Tina Wolfson
Theodore W. Maya
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

9. Curran et al. v. The Goodyear Tire & Rubber Company et al., No. 1:24-cv-01419 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
lrubinow@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
akdagostino@millershah.com

Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
Eric J. Mont
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com
emont@pwfirm.com

Jill Manning
PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com

10. Valenzano v. Continental Aktiengesellschaft et al., No. 6:24-cv-00948 (D.S.C.)

**Via ECF**

Plaintiff's Counsel:

James L. Ward, Jr.
MCGOWAN, HOOD, FELDER & PHILLIPS, LLC
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
Telephone: (843) 388-7202
Facsimile: (843) 388-3194
jward@mcgowanhood.com

Edward M. Grauman
Brian J. Dunne
BATHAEE DUNNE LLP
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772
egrauman@bathaeedunne.com
bdunne@bathaeedunne.com

Andrew Chan Wolinsky
Yavar Bathaee
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835
awolinsky@bathaeedunne.com
yavar@bathaeedunne.com

11. Spadafino v. Continental Aktiengesellschaft et al., No. 1:24-cv-01452 (S.D.N.Y.)

**Via ECF**

Plaintiff's Counsel:

Gregory S. Asciolla
Robin A. van der Meulen
Jonathan S. Crevier
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com

rvandermeulen@dicellolevitt.com
jcrevier@dicellolevitt.com

    12. Bengel v. Continental Aktiengesellschaft et al., No. 5:24-cv-00363 (N.D. Ohio)

**Via ECF**

Plaintiff's Counsel:

Walter W. Noss
Christopher M. Burke
Yifan (Kate) Lv
KOREIN TILLERY P.C.
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5620
wnoss@koreintillery.com
cburke@koreintillery.com
klv@koreintillery.com

Vincent Briganti
Raymond Girnys
Roland St. Louis
Nicole A. Veno
Claire Noelle Forde

LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com

rgirnys@lowey.com
rstlouis@lowey.com
nveno@lowey.com
nforde@lowey.com

    13. Stephan v. Continental Aktiengesellschaft et al., No. 5:24-cv-00408 (N.D. Ohio)

**Via ECF**

Plaintiff's Counsel:

Walter W. Noss
Christopher M. Burke
Yifan (Kate) Lv
KOREIN TILLERY P.C.

707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5620
wnoss@koreintillery.com
cburke@koreintillery.com
klv@koreintillery.com

Vincent Briganti
Raymond Girnys
Roland St. Louis
Nicole A. Veno
Claire Noelle Forde
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
rgirnys@lowey.com
rstlouis@lowey.com
nveno@lowey.com
nforde@lowey.com

14. Gianne v. Continental Aktiengesellschaft et al., No. 5:24-cv-00431 (N.D. Ohio)

**Via ECF**

Plaintiff's Counsel:

Paul Grieco
GRIECO LAW LLC
623 West Saint Clair Avenue
Cleveland, OH 44113
Telephone: (216) 965-0009
Facsimile: (216) 621-2951
paul@grieco.law

Edward M. Grauman
Brian J. Dunne
BATHAEE DUNNE LLP
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772
egrauman@bathaeedunne.com
bdunne@bathaeedunne.com

Andrew Chan Wolinsky

Yavar Bathaee
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835
awolinsky@bathaeedunne.com
yavar@bathaeedunne.com

15. Williams v. Continental Aktiengesellschaft et al., No. 2:24-cv-10632 (E.D. Mich.)

**Via ECF**

Plaintiff's Counsel:

E. Powell Miller
Dennis A. Lienhardt
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Frances Mahoney-Mosedale
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

Dianne M. Nast
Daniel N. Gallucci
Michael S. Tarringer
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
Fax: (215) 923-9302

10

dnast@nastlaw.com
dgallucci@nastlaw.com
mtarringer@nastlaw.com

    16. Pirelli & C. S.p.A

**Via First-Class Mail**

Via Bicocca degli Arcimboldi, 3, 20126
Milano MI, Italy

    17. Pirelli Tire LLC

**Via ECF**

J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street NW
Washington, DC 20005-3807
Telephone: (202) 626 3600
Facsimile: (202) 639-9355
mgidley@whitecase.com

    18. Michelin North America, Inc.

**Via ECF**

Belinda S. Lee
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax (415) 395-8095
belinda.lee@lw.com

    19. Continental Aktiengesellschaft

**Via First-Class Mail**

Vahrenwalder Strasse 9, 30165 Hannover, Germany

    20. Continental Tire the Americas, LLC

**Via ECF**

Jeffrey C. Bank
WILSON SONSINI GOODRICH & ROSATI
1700 K St. NW, Fifth Floor

Washington, DC 20006
Tel.: (212) 497-7761
jbank@wsgr.com

21. Bridgestone Americas, Inc.

**Via First-Class Mail**

c/o United Agent Group Inc. 600 Mamaroneck Ave., Suite 400 Harrison, NY 10528

22. Bridgestone Corporation

**Via First-Class Mail**

1-1, Kyobashi 3-chome, Chuo-ku, Tokyo 104- 8340

23. Compagnie Générale des Établissements

**Via First-Class Mail**

23 place des Carmes-Déchaux 63000 Clermont-Ferrand, France

24. Compagnie Financière Michelin SA

23 place des Carmes-Déchaux
63000 Clermont-Ferrand, France

25. Nokian Tyres Inc.

**Via First-Class Mail**

c/o The Corporation 2 Ban Buren Blvd., Building 10, Bay 2 Guilderland, New York 12085

26. Nokian Tyres plc

Pirkkalaistie 7
P.O. Box 20, 37101 Nokia, Finland

27. Nokian Tyres U.S. Operations LLC

**Via First-Class Mail**

c/o National Registered Agents, Inc.
300 Montvue Rd. Knoxville, TN 37919

28. Nokian Tyres U.S. Operations LLC

**Via First-Class Mail**

c/o National Registered Agents, Inc.
300 Montvue Rd.
Knoxville, TN 37919

    29. The Goodyear Tire & Rubber Company

**Via ECF**

E. Kate Patchen
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: +1 415 591 6000
kpatchen@cov.com

    30. Yokohama Tire Corporation

**Via First-Class Mail**

1 MacArthur Place, Suite 900 Santa Ana, CA 92707

    31. Yokohama Rubber Co., Ltd.

**Via First-Class Mail**

2-1 Oiwake, Hiratsuka City, Kanagawa Prefecture, 254-8601, Japan

    32. Toyo Tire U.S.A. Corp.

**Via First-Class Mail**

5665 Plaza Dr. #300 Cypress, CA 90630

    33. Toyo Tire Corporation

**Via First-Class Mail**

2-2-13, Fujinoki, Itami-Shi Hyogo, 664-0847, Japan

    34. Kumho Tire U.S.A.

**Via First-Class Mail**

133 Peachtree Street NE, Suite 2800 Atlanta, GA 30303

    35. Kumho Tire Co.

**Via First-Class Mail**

658 Eodeung-daero Gwangsan-gu Korea Republic of (South)

    36. Sumitomo Rubber North America, Inc.

**Via First-Class Mail**

8656 Haven Avenue Rancho Cucamonga, CA 91730

    37. Sumitomo Rubber Industries, Ltd.

**Via First-Class Mail**

3-6-9 Wakinohama-cho Chuo-ku, Kobe Hyogo 651-0072, Japan

    38. Giti Tire (USA) Ltd.

**Via First-Class Mail**

10404 Sixth Street Rancho Cucamonga, CA 91730-5831

    39. GITI Tire Global Trading Pte. Ltd.

**Via First-Class Mail**

150 Beach Road, #22-01/08 Gateway West, Singapore 189720

    40. Hankook Tire America Corp.

**Via First-Class Mail**

333 Commerce St., Suite 600
Nashville, TN 37201

    41. Hankook Tire & Technology Co., Ltd.

**Via First-Class Mail**

286, Pangyo-ro Bundang-gu Seongnam-si,
Gyeonggi-do 13494 Korea

Dated: March 20, 2024 By: */s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com