**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | MDL No. 3107 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Please withdraw the appearance of T. Steven Har at ECF No. 117 as attorney for

Defendant Hankook Tire America Corp.

Dated: April 4, 2024

Respectfully submitted,

*/s/ T. Steven Har*

T. Steven Har
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: +1.212.335.4716
steven.har@us.dlapiper.com

*Counsel for Defendant Hankook Tire America
Corp.*